UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK DISANTI & SFTF HOLDING LLC, | § § § § | |
| Plaintiffs | § | |
| vs | § § | Case No. 3:10-CV-00532-F |
| BANK OF AMERICA, N.A. & LISLE PATTON, TRUSTEE, | § § | |
| Defendants | § | |

## STIPULATION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW MARK DISANTI, Plaintiff, and BANK OF AMERICA, N.A. and LISLE PATTON, TRUSTEE, . Defendants, and file this Stipulation for Dismissal with prejudice of all claims and defenses..

The parties represent to the Court that the parties have resolved their differences and agree to the dismissal of this case pursuant to F.R.Civ.Pro. Rule 41(1)(A)(ii)

Respectfully submitted,

Law Offices of Kenneth S. Harter

/s/Kenneth S. Harter

Kenneth S. Harter
State Bar ID 09155300
Attorneys for Plaintiff
1620 E. Beltline Rd.
Carrollton, Tx. 75006
(972) 242-8887
FAX (972) 446-7976

        Crouch & Ramey

        /s/Karly Rodine
        Karly Rodine
        Attorneys for Defendants
        State Bar ID 24046920
        1445 Ross Av. Suite 3600
        Dallas, Tx. 75202
        (214) 922-7100
        FAX (214) 922-7101